IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| Baltimore Line Handling Company, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 09-3018 |
| Shannon Brophy | * | |
| and | * | **IN ADMIRALTY** |
| Kevin Brophy, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Baltimore Line Handling Company sues Shannon Brophy and Kevin Brophy, as follows:

### Jurisdiction and Venue

1.  This is an admiralty and maritime case pursuant to 28 U.S.C. § 1333 and is a maritime claim within the meaning of Fed. R. Civ. P. 9(b), in that this case involves the breach of maritime contracts to perform vessel linehandling, namely, defendants' failures to pay for such marine services which plaintiff provided. Each party is a resident or is found in Baltimore County or Baltimore City.

### Parties

2.  Baltimore Line Handling Company, also known as Baltimore Lines, is company which provides marine line handling services, located in Baltimore County, Maryland.

3.  Shannon Brophy and Kevin Brophy are individuals resident in Baltimore City and Baltimore County, respectively.

**Facts**

4. In or about at least 2006 and continuing to the present, defendants Shannon Brophy and Kevin Brophy conducted and managed terminal operations at Piney Point, Maryland, including the berthing, loading, and unloading of vessels, doing business as "Patriot Line and Security Line LLC." This was a "doing business as" name of these defendants, and not a Maryland corporation in good standing.

5. As part of their marine business at Piney Point, Shannon Brophy and Kevin Brophy contracted with Baltimore Lines to manage the lines to and from the vessels, arriving and departing. Agents or dispatchers for the various vessels, contact Baltimore Lines, providing the arrival information, and Baltimore Lines then dispatches trained linehandlers, to assist with the berthing and un-berthing of the vessels. Therafter, Baltimore Lines would regularly invoice Shannon Brophy and/or Kevin Brophy d/b/a "Patriiot Lines," for Baltimore Lines services.

6. From at least 2006 to the present, however, Shannon Brophy and/or Kevin Brophy would send invoices to the owners, operators, managers, agents or charterers to which Baltimore Lines provided services, obtaining payment from those entities for the services and adding other charges, but purporting to include charges for the services which Baltimore Lines provided the various vessels. Shannon Brophy and/or Kevin Brophy collected these charges, including, on behalf of and as fiduciaries for Baltimore Lines. Shannon Brophy and/or Kevin Brophy, however, failed or refused to pass on such charges to pay Baltimore Lines.

**BREACH OF MARITIME CONTRACT**

7. Baltimore Lines repeats the foregoing paragraphs.

8. Defendants Shannon Brophy and Kevin Brophy have breached their contract with

Baltimore Lines, failing to pay Baltimore what is owed Baltimore Lines.

9. Defendants, jointly and severally, as the result of this breach have damaged Baltimore Lines and owe Baltimore Lines at least $119,475, plus prejudgment interest and costs.

WHEREFORE, plaintiff respectfully requests this Court to enter judgment for it as follows:

A. Against both defendants Shannon Brophy and/or Kevin Brophy, for at least $119,475, plus prejudgment interest and costs

B. Awarding plaintiff other further, proper relief.

Dated: November 12, 2009.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
W. Charles Bailey, Jr.
Simms Showers LLP
Suite 702
20 South Charles Street
Baltimore, Maryland 21201
Telephone: 410-783-5795
Facsimile: 410-510-1789

Baltimore Lines Counsel