2009 Invoices

| Date | Due Date | Vessel(s) | Amount | Invoice No. |
|---|---|---|---|---|
| 08/09/09 | 09/08/09 | Tarpon Tug & Potomac Barge | $1,000.00 | PPT 45 |
| 08/07/09 | 09/06/09 | Hullon Service & Energy 6507 | $1,000.00 | PPT 44 |
| 08/01/09 | 08/31/09 | Tarpon Tug & Potomac Barge | $1,000.00 | PPT 43 |
| 07/30/09 | 08/29/09 | Wycomico Tug & Barge DS 57 | $1,000.00 | PPT 42 |
| 07/23/09 | 08/22/09 | Frederick Bouchard Tug & B 210 GE | $1,000.00 | PPT 41 |
| 06/17/09 | 07/17/09 | Ralph E Bouchard Tug & B 280 GE | $1,000.00 | PPT 40 |
| 06/16/09 | 07/16/09 | Evening Tide Tug & B 231 GE | $1,000.00 | PPT 39 |
| 06/07/09 | 07/07/09 | Ellen Bouchard Tug & B 282 GE | $1,000.00 | PPT 38 |
| 05/25/09 | 06/24/09 | Ralph E Bouchard Tug & B 230 GE | $1,000.00 | PPT 37 |
| 05/23/09 | 06/22/09 | Truckage Tug & DS 59 Barge | $1,000.00 | PPT 36 |
| 05/19/09 | 06/18/09 | Spartan Service Tug & 6505 Barge | $1,000.00 | PPT 35 |
| 05/10/09 | 06/09/09 | Spartan Service Tug & 6505 Barge | $1,000.00 | PPT 34 |
| 05/07/09 | 06/06/09 | Nanticoke Tug & DS 57 Barge | $1,000.00 | PPT 33 |
| 05/03/09 | 06/02/09 | Bouchard Girls Tug & B 295 Barge | $1,000.00 | PPT 32 |
| 04/28/09 | 05/28/09 | Chesapeake Tug & DS 56 Barge | $1,000.00 | PPT 31 |
| 04/20/09 | 05/20/09 | Sea Raven Tug & ATC 23 | $1,000.00 | 2009 30 |
| 04/19/09 | 05/19/09 | Bouchard Girls Tug & B 295 Barge | $1,000.00 | 2009 29 |
| 04/16/09 | 05/16/09 | Spartan Service Tug & Energy 6505 Barge | $1,000.00 | 2009 28 |
| 04/14/09 | 05/14/09 | Paul T Moran Tug & Massachusetts Barge | $1,000.00 | 2009 27 |
| 04/12/09 | 05/12/09 | Cape Roman Tug & B 285 Barge | $1,000.00 | 2009 26 |
| 04/09/09 | 05/09/09 | Penn 4 Tug & Penn 90 Barge | $1,000.00 | 2009 25 |
| 04/02/09 | 05/04/09 | Penn 4 Tug & Penn 90 Barge | $1,000.00 | 2009 24 |
| 03/31/09 | 04/30/09 | East Coast Tug & Penn 90 Barge | $1,000.00 | 2009 23 |
| 03/28/09 | 04/27/09 | Brandying Tug & DS 141 Barge | $1,000.00 | 2009 22 |
| 03/27/09 | 04/26/09 | Lucia Tug & Caribbean Barge | $1,000.00 | 2009 21 |
| 03/21/09 | 04/20/09 | Amberjack Tug & Penn 410 Barge | $1,000.00 | 2009 20 |
| 03/21/09 | 04/20/09 | Amberjack Tug & Penn 410 Barge | $1,000.00 | 2009 19 |
| 03/17/09 | 04/16/09 | Bouchard Girls Tug & B 295 Barge | $1,000.00 | PPT 18 |
| 03/16/09 | 04/15/09 | Eire Service Tug & Energy Barge 6505 | $1,000.00 | PPT 17 |
| 03/15/09 | 04/14/09 | Amberjack Tug & Penn 410 Barge | $1,000.00 | PPT 16 |
| 03/14/09 | 04/13/09 | Penn 2 Tug & Hatters Barge | $1,000.00 | PPT 12 |
| 03/09/09 | 04/08/09 | East Coast Tug & Penn 90 Barge | $1,000.00 | PPT 14 |
| 02/28/09 | 03/30/09 | Linda Lee Bouchard Tug & B 205 Barge | $1,000.00 | PPT 13 |
| 02/24/09 | 03/26/09 | Barbara E Bouchard Tug & B 240 Barge | $1,000.00 | PPT 11 |
| 02/22/09 | 03/24/09 | Susquehanna Tug & DS 52 | $1,000.00 | PPT 10 |
| 02/21/09 | 03/23/09 | Ellen Bouchard Tug & B 282 Barge | $1,000.00 | PPT 9 |
| 02/19/09 | 03/21/09 | Gulf Service Tug & Energy 11103 Barge | $1,000.00 | PPT 8 |
| 02/17/09 | 03/19/09 | Penn 4 Tug & Penn 90 Barge | $1,000.00 | PPT 7 |
| 02/13/09 | 03/15/09 | Penn 4 Tug & Penn 90 Barge | $1,000.00 | PPT 6 |
| 02/10/09 | 03/12/09 | Fred Bouchard Tug & B 275 Barge | $1,000.00 | PPT 5 |
| 01/21/09 | 02/20/09 | Monseignuer | $2,200.00 | PPT 3 |
| | | | **$42,200.00** | |

2008 Invoices

| Date | Due Date | Vessel(s) | Amount | Invoice No. |
|---|---|---|---|---|
| 11/25/08 | 12/25/08 | Marion Rose | $2,350.00 | PPT 80 |
| 10/19/08 | 11/18/08 | Gulf Service Tug & Energy 11103 Barge | $1,050.00 | PPT 78 |
| 10/15/08 | 11/14/08 | Superior Service Tug & Energy Barge 8701 | $1,000.00 | PPT 77 |
| 10/14/08 | 11/13/08 | Surfer Rosa | $2,200.00 | PPT 76 |
| 10/06/08 | 11/05/08 | Alpine Madeleine | $2,200.00 | PPT 72 |
| 12/30/99 | 11/01/08 | Gulf Service Tug & Energy 11103 Barge | $1,050.00 | PPT 71 |
| 08/20/08 | 09/19/08 | Fred Bouchard Tug & B 275 Barge | $1,000.00 | PPT 58 |
| 08/20/08 | 09/19/08 | Bouchard Girls Tug & B 295 Barge | $1,000.00 | PPT 57 |
| 08/19/08 | 09/18/08 | Freedom Tug & OSG 192 Barge | $1,000.00 | PPT 56 |
| 08/10/08 | 09/09/08 | Torgovy Bridge | $2,200.00 | PPT 53 |
| 08/08/08 | 09/07/08 | Torm Platte | $2,200.00 | PPT 52 |
| 08/03/08 | 09/02/08 | Volunteer Tug & DBL 105 Barge | $1,050.00 | PPT 50 |
| 07/19/08 | 08/18/08 | Asphalt Star | $2,200.00 | PPT 45 |
| 03/06/08 | 04/05/08 | Penn 2 Tug & Penn 400 Barge | $1,000.00 | PPT 20 |
| 03/06/08 | 04/05/08 | Anabella V Roehrig Tug & Penn 121 Barge | $1,000.00 | PPT 19 |
| 03/05/08 | 04/04/08 | Frederick Bouchard Tug & B 210 GE | $1,050.00 | PPT 18 |
| 03/01/08 | 03/31/08 | Penn 6 Tug & Penn 120 Barge | $1,000.00 | PPT 16 |
| 02/26/08 | 03/27/08 | Rhea L Bouchard Tug & Barge 280 | $1,000.00 | PPT 15 |
| 02/18/08 | 03/19/08 | Vernon C Tug & Liberty Barge | $1,000.00 | PPT 14 |
| 02/04/08 | 03/05/08 | Torm Gotland | $2,000.00 | PPT 13 |
| 01/28/08 | 02/27/08 | Barbara E Bouchard Tug & B 240 Barge | $1,000.00 | PPT 11 |
| 01/20/08 | 02/19/08 | Brendan Bouchard Tug & Barge 225 | $1,050.00 | PPT 10 |
| 01/21/08 | 02/20/08 | East Point | $2,200.00 | PPT 82 9 |
| 01/21/08 | 02/20/08 | Marion Bouchard Tug & Barge 265 | $1,000.00 | PPT 80 7 |
| 01/21/08 | 02/20/08 | Argironissos | $2,200.00 | PPT 79 6 |
| | | | **$36,000.00** | |

2007 Invoices

| Date | Due Date | Vessel(s) | Amount | Invoice No. |
|---|---|---|---|---|
| 12/21/07 | 01/20/08 | Isola Gialla | $2,200.00 | PPT 73 |
| 11/24/07 | 12/24/07 | Nanticoke Tug & DS 59 Barge | $1,000.00 | PPT 60 |
| 11/07/07 | 12/07/07 | Amberjack Tug & Biscayne Barge | $1,000.00 | PPT 58 |
| 11/07/07 | 12/07/07 | Jane Bouchard Tug & 215 Barge | $1,000.00 | PPT 57 |
| 10/16/07 | 11/15/07 | Asphalt Victory | $2,000.00 | PPT 52 |
| 05/07/07 | 06/06/07 | Vernon Tug & Liberty Barge | $1,000.00 | PPT 32 |
| 05/07/07 | 06/06/07 | Vernon Tug & Liberty Barge | $1,000.00 | PPT 31 |
| 05/07/07 | 06/06/07 | Vernon Tug & Liberty Barge | $1,000.00 | PPT 30 |
| 04/12/07 | 05/12/07 | Amazon Gladitor | $2,325.00 | PPT 28 |
| 03/21/07 | 04/20/07 | Justine MacAllister & RTC 120 Barge | $1,100.00 | PPT 19 |
| 03/21/07 | 04/20/07 | Liberty Tug & M 300 barge | $1,000.00 | PPT 18 |
| 03/21/07 | 04/20/07 | Halki | $2,325.00 | PPT 17 |
| 03/21/07 | 04/20/07 | Lucia Tug & Caribbean Barge | $1,000.00 | PPT 16 |
| 03/21/07 | 04/20/07 | Normandy Tug & Hatteras Barge | $1,000.00 | PPT 15 |
| 03/21/07 | 04/20/07 | Lucia Tug & Caribbean Barge | $1,000.00 | PPT 14 |
| 03/02/07 | 04/01/07 | Lucky D Tug & Vernon C Tug & Liberty Barge | $1,000.00 | PPT 13/07 |
| 03/02/07 | 04/01/07 | Justine McAllister Tug & RTC 120 Barge | $1,000.00 | PPT 12/07 |
| 03/02/07 | 04/01/07 | Lucia Tug & Caribbean Barge | $1,000.00 | PPT 11/07 |
| 03/02/07 | 04/01/07 | Nahoku Tug & Daneb Barge | $1,000.00 | PPT 10/07 |
| 03/02/07 | 04/01/07 | Justine McAllister Tug & RTC Barge | $1,000.00 | PPT 09/07 |
| 02/21/07 | 03/23/07 | Overseas Phila | $2,200.00 | PPT 8 |
| 02/21/07 | 03/23/07 | Justine Tug & RTC Barge 120 | $1,000.00 | PPT 7 |
| 02/21/07 | 03/23/07 | Tug Enterprise & Barge 209 | $1,000.00 | PPT 6 |
| 02/21/07 | 03/23/07 | Justine McAllister Tug & RTC 120 Barge | $1,050.00 | PPT 5 |
| 01/31/07 | 03/02/07 | Kritiakti | $2,300.00 | PPT 07 3 |

**$32,500.00**

2006 Invoices

| Date | Due Date | Vessel(s) | Amount | Invoice No. |
|---|---|---|---|---|
| 12/18/06 | 01/17/07 | Jane Bouchard Tug & 225 Barge | $1,000.00 | PPT 102 |
| 10/25/06 | 11/24/06 | Tabora | $2,300.00 | PPT 93 |
| 10/11/06 | 11/10/06 | Fred Bouchard Tug & 275 Barge | $1,075.00 | PPT 92 |
| 10/11/06 | 11/10/06 | Asphalt Glory | $2,200.00 | PPT 91 |
| 09/13/06 | 10/13/06 | Strymon | $2,200.00 | PPT 84 |
| | | | **$8,775.00** | |

**Grand total** $119,475.00