# PINEY POINT VESSELS

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/13/2006 | PPT  84 |

**Bill To**

VESSEL  OPERATIONS
ATT. KEVIN  BROPHY
3400  DILLON  STREET
BALTIMORE ,  MD. 21224



| Terms | Due Date | Vessel |
|-------|----------|--------|
| NET  30 | 10/13/2006 | STRYMON |

| Description | Amount |
|-------------|--------|
| VALERO    TERMINAL  PINEY  POINT<br>1 4 0 0      H O U R S<br>M O O R E D      9 / 3 / 0 6<br>MOORING of Vessel - Flat Rate | 1,100.00 |
| VALERO    TERMINAL  PINEY  POINT<br>0 2 3 5      H O U R S<br>U N M O O R E D      9 / 4 / 0 6<br>UNMOORING of Vessel - Flat Rate | 1,100.00 |

YOUR PROMPT PAYMENT IS GREATLY APPRECIATED.  THIS INVOICE IS SUBJECT
TO A SERVICE CHARGE OF 1.5% IF NOT RECEIVED BY THE DUE DATE.

Thank you for your business.

**TOTAL**      $2,200.00

# PINEY POINT VESSELS

# Invoice

| Date | Invoice # |
|---|---|
| 12/18/2006 | PPT 102 |

**Bill To**

VESSEL OPERATIONS
ATT. SHANNON BROPHY
3400 DILLON STREET
BALTIMORE , MD. 21224



| Terms | Due Date | Vessel |
|---|---|---|
| NET 30 | 1/17/2007 | TUG & BARGE |

| Description | Amount |
|---|---|
| JANE BOUCHARD TUG & BARGE 225<br><br>VALERO OIL TREMINAL PINEY POINT<br>1720 HOURS<br>MOORED 12/17/06<br><br>VALERO OIL TERMINAL PINEY POINT<br>1530 HOURS<br>UNMOORED 12/18/06<br><br>**MOORING & UNMOORING - Flat Rate** | 1,000.00 |

YOUR PROMPT PAYMENT IS GREATLY APPRECIATED. THIS INVOICE IS SUBJECT
TO A SERVICE CHARGE OF 1.5% IF NOT RECEIVED BY THE DUE DATE.

**Thank you for your business.**

| **TOTAL** | **$1,000.00** |
|---|---|

# PINEY POINT VESSELS

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2007 | PPT 07-3 |

**Bill To**

VESSEL OPERATIONS
ATT. SHANNON BROPHY
3400 DILLON STREET
BALTIMORE , MD. 21224



| Terms | Due Date | Vessel |
|-------|----------|--------|
| NET 30 | 3/2/2007 | KRITIAKTI |

| Description | Amount |
|-------------|--------|
| VALERO TERMINAL PINEY POINT<br>1540 HOURS<br>MOORED 1/20/07<br><br>MOORING of Vessel - Flat Rate | 1,100.00 |
| VALERO TERMINAL PINEY POINT<br>1515 HOURS<br>UNMOORED 1/22/07<br>UNMOORING of Vessel - Flat Rate | 1,100.00 |
| STAND-BY TIME ONE HOUR FOUR MEN 25.00 PER HOUR | 100.00 |

YOUR PROMPT PAYMENT IS GREATLY APPRECIATED. THIS INVOICE IS SUBJECT
TO A SERVICE CHARGE OF 1.5% IF NOT RECEIVED BY THE DUE DATE.

Thank you for your business.

**TOTAL** $2,300.00

# PINEY POINT VESSELS

# Invoice

| Date | Invoice # |
| --- | --- |
| 12/21/2007 | PPT--73 |

**Bill To**

PATRIOT LINES
SHANNON BROPHY
3400 DILLON STREET
BALTIMORE, MD 21224



| Terms | Due Date | Vessel |
| --- | --- | --- |
| NET 30 | 1/20/2008 | ISOLA GIALLA |

| Description | Amount |
| --- | --- |
| NU STAR TERMINAL PINEY PT. MD.<br>1315 HOURS<br>MOORED 12/12/07<br>MOORING of Vessel - Flat Rate | 1,100.00 |
| NU STAR TERMINAL PINEY PT. MD.<br>1210 HOURS<br>UNMOORED 12/15/07<br>UNMOORING of Vessel - Flat Rate | 1,100.00 |

YOUR PROMPT PAYMENT IS GREATLY APPRECIATED. THIS INVOICE IS SUBJECT
TO A SERVICE CHARGE OF 1.5% IF NOT RECEIVED BY THE DUE DATE.

Thank you for your business.

**TOTAL** $2,200.00

# PINEY POINT VESSELS

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/21/2008 | PPT--79, 6 |

**Bill To**

PATRIOT   LINES
SHANNON  BROPHY
3400 DILLON STREET
BALTIMORE, MD 21224



| Terms | Due Date | Vessel |
|-------|----------|--------|
| NET  30 | 2/20/2008 | ARGIRONISSOS |

| Description | Amount |
|-------------|--------|
| NU STAR  TERMINAL  PINEY  POINT  MD.<br>1 0 2 0        H O U R S<br>M O O R E D    1 / 6 /0 8<br>MOORING of Vessel - Flat Rate | 1,100.00 |
| NU  STAR  TERMINAL  PINEY  POINT  MD.<br>0 5 2 5       H O U R S<br>U N M O O R E D       1 / 7 / 0 8<br>UNMOORING of Vessel - Flat Rate | 1,100.00 |

YOUR PROMPT PAYMENT IS GREATLY APPRECIATED.  THIS INVOICE IS SUBJECT
TO A SERVICE CHARGE OF 1.5% IF NOT RECEIVED BY THE DUE DATE.

Thank you for your business.

**TOTAL**        $2,200.00

# PINEY POINT VESSELS

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/25/2008 | PPT--80 |



**Bill To**

PATRIOT   LINES
SHANNON  BROPHY
P. O. BOX  396
FOREST HILL ,MD. 21014

| Terms | Due Date | Vessel |
|-------|----------|--------|
| NET 30 | 12/25/2008 | MARION  ROSE |

| Description | Amount |
|-------------|--------|
| NU  STAR  TERMINAL  PINEY  POINT  MD.<br>2115      HOURS<br>MOORED      11/23/08<br>MOORING of Vessel - Flat Rate | 1,100.00 |
| NU  STAR  TERMINAL  PINEY  POINT  MD.<br>0920      HOURS<br> UNMOORED     11/25/08<br>UNMOORING of Vessel - Flat Rate<br>STAND-BY TIME   SIX  MEN   ONE  HOUR   EACH | 1,100.00<br>150.00 |

YOUR PROMPT PAYMENT IS GREATLY APPRECIATED.  THIS INVOICE IS SUBJECT
TO A SERVICE CHARGE OF 1.5% IF NOT RECEIVED BY THE DUE DATE.

Thank you for your business.

**TOTAL** $2,350.00

# PINEY POINT VESSELS

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/21/2009 | PPT - 3 |

**Bill To**

PATRIOT  LINES
SHANNON  BROPHY
P. O. BOX  396
FOREST HILL ,MD. 21050



| Terms | Due Date | Vessel |
|-------|----------|--------|
| NET 30 | 2/20/2009 | MONSEIGNUER |

| Description | Amount |
|-------------|--------|
| NU STAR  TERMINAL  PINEY  POINT MD.<br>1415       HOURS<br>MOORED       1/18/09<br>MOORING of Vessel - Flat Rate | 1,100.00 |
| NU STAR  TERMINAL  PINEY  POINT MD.<br>1545       HOURS<br>UNMOORED       1/21/09<br>UNMOORING of Vessel - Flat Rate | 1,100.00 |

YOUR PROMPT PAYMENT IS GREATLY APPRECIATED.  THIS INVOICE IS SUBJECT
TO A SERVICE CHARGE OF 1.5% IF NOT RECEIVED BY THE DUE DATE.

Thank you for your business.

**TOTAL**        $2,200.00

# PINEY POINT VESSELS

# Invoice

| Date | Invoice # |
|---|---|
| 8/9/2009 | PPT 45 |

**Bill To**

PATRIOT LINES
SHANNON BROPHY
P. O. BOX 396
FOREST HILL ,MD. 21050



| Terms | Due Date | Vessel |
|---|---|---|
| NET 30 | 9/8/2009 | TUG & BARGE |

| Description | Amount |
|---|---|
| TARPON TUG POTOMAC BARGE | |
| NU STAR TERMINAL PINEY POINT MD. | |
| 2 2 2 5 HOURS | |
| M O O R E D 8 / 7 / 0 9 | |
| NU STAR TERMINAL PINEY POINT MD. | |
| 2 2 1 5 HOURS | |
| U N M O O R E D 08 / 09 / 09 | |
| **MOORING & UNMOORING - Flat Rate** | 1,000.00 |

YOUR PROMPT PAYMENT IS GREATLY APPRECIATED. THIS INVOICE IS SUBJECT
TO A SERVICE CHARGE OF 1.5% IF NOT RECEIVED BY THE DUE DATE.

Thank you for your business.

**TOTAL** $1,000.00